FILED IN OPEN COURT
U.S.D.C. - Atlanta

SEP 07 2022

KEVIN P. WEIMER, Clerk
By: *Jocelyn Holden* Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JANELL PAYNE | Criminal Information<br><br>No. 1:22-CR-328 |

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about November 6, 2016, in the Northern District of Georgia, the defendant, JANELL PAYNE, having knowledge of the actual commission of a felony cognizable by a Court of the United States, that is, the interstate transportation of a stolen vehicle, a 2016 Dodge Ram, which had crossed a State and United States boundary after being stolen, a violation of Title 18, United States Code, Section 2313(a), did conceal the same by causing the vehicle to be moved to evade detection by law enforcement, and did not as soon as possible make known the same to some judge and other person in civil or military

authority under the United States, in violation of Title 18, United States Code, Section 4.

RYAN K. BUCHANAN
 United States Attorney

 */s/ Phyllis Clerk*
PHYLLIS CLERK
 Assistant United States Attorney
 Georgia Bar No. 095325

 */s/ Paul R. Jones*
PAUL R. JONES
 Assistant United States Attorney
 Georgia Bar No. 402617

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181